```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

```
In re:                                                    Case No. 17-02473-HWV
Thomas N Kounas                                           Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
```

```
District/off: 0314-1        User: karendavi      Page 1 of 2        Date Rcvd: Sep 22, 2017
                            Form ID: ntnew341    Total Noticed: 27
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2017.
db              +Thomas N Kounas,   84 Silver Crown Drive,   Mechanicsburg, PA 17050-1635
4933380         +AMEX,   PO BOX 297871,   FORT LAUDERDALE, FL 33329-7871
4967261          American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
4933381        ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: BANK OF AMERICA,   BANKRUPTCY DEPARTMENT,   4161 PIEDMONT PARKWAY,
                   GREENSBORO, NC 27410)
4933382          BECKET & LEE LLP,   PO BOX 3001,   MALVERN, PA 19355-0701
4964454         +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
4933383          CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
4933385         +CHASE,   800 BROOKSEDGE BLVD,   WESTERVILLE, OH 43081-2822
4933386         +COML ACCEPT,   PO BOX 3268,   SHIREMANSTOWN, PA 17011-3268
4933388         +CUMBERLAND CTY TAX CLAIM BUREAU,   ONE COURTHOUSE SQUARE,   ROOM 106,   CARLISLE, PA 17013-3339
4950755          Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
4933389         +FORD MOTOR CREDIT CO,   NATIONAL BANKRUPTCY SVC CTR,   ONE AMERICAN ROAD,
                 DEARBORN, MI 48126-2701
4933391         +LAWRENCE G FRANK ESQUIRE,   LAW OFFICE OF LAWRENCE G FRANK,   100 ASPEN DRIVE,
                 DILLSBURG PA 17019-9621
4933392         +M&T BANK MORTGAGE,   LENDING SERVICES CORRESPONDENCE ADDRESS,   PO BOX 1288,
                 BUFFALO, NY 14240-1288
4933395         +SCARINGI & SCARINGI PC,   2000 LINGLESTOWN ROAD, STE 106,   HARRISBURG, PA 17110-9347
4933396          THE BUREAUS INC,   650 DUNDEE RD STE 370,   NORTHBROOK, IL 60062-2757
4933397         +TRIPLE CROWN CORPORATION,   5351 JAYCEE AVENUE,   HARRISBURG, PA 17112-2938
4933398         +UNEMP COMP OVERPAYMENT MATTERS,   DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,   HARRISBURG, PA 17121-0751
4933399         +UNEMPL COMP TAX MATTERS,   HARRISBURG CASES L&I OFF CHIEF COUNSEL,   651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
4933400         +WILLIAM MITCHELL,   6090 PARKWAY E,   HARRISBURG, PA 17112-1221
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4933384         +E-mail/Text: dehartstaff@pamd13trustee.com Sep 22 2017 18:47:45      CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,   HUMMELSTOWN PA 17036-8625
4933387          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2017 18:47:32      COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,   PO BOX 280946,   HARRISBURG, PA 17128-0946
4933390          E-mail/Text: cio.bncmail@irs.gov Sep 22 2017 18:47:27      INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,   PHILADELPHIA, PA 19101-7346
4933393          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2017 18:56:36
                 PORTFOLIO RECOVERY ASSOCIATES LLC,   BK NOTICES,   PO BOX 41067,   NORFOLK, VA 23541
4933794         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2017 18:56:36
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4933394          E-mail/PDF: rmscedi@recoverycorp.com Sep 22 2017 18:51:04      RECOVERY MANAGEMENT SYSTEMS CORP,
                 25 SE 2ND AVENUE SUITE 1120,   MIAMI FL  33131-1605
4956575          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 22 2017 19:15:24      Verizon,
                 by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                       TOTAL: 7
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                    TOTALS: 0, * 1, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

```
Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                              Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor Thomas N Kounas karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                          TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Thomas N Kounas<br>aka Thomas Nick Kounas<br>Debtor(s) | Chapter      13<br><br>Case No.      1:17−bk−02473−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: October 26, 2017<br><br>Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: karendavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 22, 2017 |