# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| THOMAS N KOUNAS | : | |
| aka Thomas Nick Kounas | : | CASE NO. 1:17-bk-02473 |
| Debtor | : | |
| CHARLES J DEHART III ESQUIRE | : | |
| Movant(s) | : | |
| THOMAS N KOUNAS | : | |
| aka Thomas Nick Kounas | : | |
| Respondent | : | |

## ANSWER TO MOTION TO DISMISS

The Debtor has now submitted an Affidavit to the trustee, stating that he is not required to file taxes.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion to dismiss filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID  87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
karagendron@gmail.com
(717) 232–6650 TEL
(717) 232-0477 FAX