```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-02473-HWV
Thomas N Kounas                                                     Chapter 13
          Debtor              CERTIFICATE OF NOTICE

District/off: 0314-1         User: karendavi            Page 1 of 2           Date Rcvd: Dec 05, 2017
                             Form ID: ntcnfhrg          Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
db            +Thomas N Kounas,    84 Silver Crown Drive,    Mechanicsburg, PA 17050-1635
4933380       +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
4967261        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
4933381      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  BANK OF AMERICA,    BANKRUPTCY DEPARTMENT,    4161 PIEDMONT PARKWAY,
                 GREENSBORO, NC 27410)
4933382        BECKET & LEE LLP,    PO BOX 3001,   MALVERN, PA 19355-0701
4964454       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4933383        CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4933385       +CHASE,    800 BROOKSEDGE BLVD,    WESTERVILLE, OH 43081-2822
4933386       +COML ACCEPT,    PO BOX 3268,    SHIREMANSTOWN, PA 17011-3268
4933388       +CUMBERLAND CTY TAX CLAIM BUREAU,    ONE COURTHOUSE SQUARE,    ROOM 106,   CARLISLE, PA 17013-3339
4950755        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4979678        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
4933389       +FORD MOTOR CREDIT CO,    NATIONAL BANKRUPTCY SVC CTR,    ONE AMERICAN ROAD,
                 DEARBORN, MI 48126-2701
4996386       +Ford Motor Credit Company LLC,    1335 S. Clearview Avenue,    Mesa AZ 85209-3376
4933391       +LAWRENCE G FRANK ESQUIRE,    LAW OFFICE OF LAWRENCE G FRANK,    100 ASPEN DRIVE,
                 DILLSBURG PA 17019-9621
4933392       +M&T BANK MORTGAGE,    LENDING SERVICES CORRESPONDENCE ADDRESS,    PO BOX 1288,
                 BUFFALO, NY 14240-1288
4933395       +SCARINGI & SCARINGI PC,    2000 LINGLESTOWN ROAD, STE 106,    HARRISBURG, PA 17110-9347
4933396        THE BUREAUS INC,    650 DUNDEE RD STE 370,    NORTHBROOK, IL 60062-2757
4933397       +TRIPLE CROWN CORPORATION,    5351 JAYCEE AVENUE,    HARRISBURG, PA 17112-2938
4933398       +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4933399       +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
4933400       +WILLIAM MITCHELL,    6090 PARKWAY E,    HARRISBURG, PA 17112-1221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4933384       +E-mail/Text: dehartstaff@pamd13trustee.com Dec 05 2017 19:16:38     CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4933387        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2017 19:16:07     COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4933390        E-mail/Text: cio.bncmail@irs.gov Dec 05 2017 19:15:49     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4972935        E-mail/Text: camanagement@mtb.com Dec 05 2017 19:16:03     M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
4933393        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2017 19:19:30
                 PORTFOLIO RECOVERY ASSOCIATES LLC,    BK NOTICES,   PO BOX 41067,    NORFOLK, VA 23541
4978931        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2017 19:19:58
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
4933794       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2017 19:19:58
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4933394        E-mail/PDF: rmscedi@recoverycorp.com Dec 05 2017 19:13:04     RECOVERY MANAGEMENT SYSTEMS CORP,
                 25 SE 2ND AVENUE SUITE 1120,    MIAMI FL  33131-1605
4956575        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2017 19:19:31     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                             TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:

      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      Kara Katherine Gendron    on behalf of Debtor 1 Thomas N Kounas karagendronecf@gmail.com, doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                                                                                                                                     TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Thomas N Kounas<br>aka Thomas Nick Kounas<br>Debtor(s) | Chapter 13<br>Case No. 1:17−bk−02473−HWV |

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**January 3, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: January 17, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: karendavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 5, 2017 |