In re:                                                          Case No. 17-02473-HWV
Thomas N Kounas                                                 Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: karendavi          Page 1 of 1          Date Rcvd: Jan 23, 2018
                             Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2018.
4964454        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor 1 Thomas N Kounas DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor 1 Thomas N Kounas karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **THOMAS N KOUNAS** | : | |
| aka Thomas Nick Kounas, | : | **CASE NO. 1:17-bk-02473-HWV** |
|     **Debtor** | : | |
| | : | |
| **THOMAS N KOUNAS** | : | |
| aka Thomas Nick Kounas, | : | |
|     **Movant** | : | |
| v. | : | |
| **BANK OF AMERICA NA,** | : | **OBJECTION TO CLAIM # 4** |
|     **Respondent/Claimant** | : | |

## O R D E R

UPON CONSIDERATION of the Objection to Proof of Claim filed by the Debtor, it is hereby

ORDERED that the claim of the Respondent is disallowed and dismissed; it is further

ORDERED that the Claimant is precluded from presenting the omitted information as evidence in any contested matter or adversary proceeding pursuant to Rule 3001(c)(2)(D)(i).

**By the Court,**

_Henry W. Van Eck_

Henry W. Van Eck, Bankruptcy Judge

**(KB)**

Dated: January 23, 2018