In re:                                                      Case No. 17-02473-HWV
Thomas N Kounas                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: DDunbar        Page 1 of 1        Date Rcvd: Jun 19, 2018
                           Form ID: pdf010       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2018.
db             +Thomas N Kounas,   84 Silver Crown Drive,   Mechanicsburg, PA 17050-1635
               +Josephine M. Kounas,   84 Silver Crown Drive,   Mechanicsburg, PA 17050-1635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor 1 Thomas N Kounas DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor 1 Thomas N Kounas karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Thomas N. Kounas aka Thomas Nick Kounas<br>_Debtor_ | CHAPTER 13 |
| M&T Bank<br>_Movant_<br>vs. | NO. 17-02473 HWV |
| Thomas N. Kounas aka Thomas Nick Kounas<br>_Respondent_ | |
| Charles J. DeHart, III Esq.<br>Josephine M. Kounas<br>_Additional Respondents_ | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated:   June 19, 2018

By the Court,

_Henry W. Van Eck_

_____

Henry W. Van Eck, Bankruptcy Judge (KB)