```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 17-02473-HWV
Thomas N Kounas                                                 Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-1        User: KADavis          Page 1 of 1        Date Rcvd: Oct 05, 2018
                            Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2018.
              +MS JOSEPHINE M KOUNAS,    84 SILVER CROWN DRIVE,    MECHANICSBURG, PA 17050-1635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Thomas N Kounas DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Thomas N Kounas karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas N. Kounas aka Thomas Nick Kounas<br>　　　　　　　　　Debtor(s) | Chapter 13 |
| M&T BANK<br>　　　　　　　　　Movant<br>　　vs. | NO. 17-bk-02473 HWV |
| Thomas N. Kounas aka Thomas Nick Kounas<br>　　　　　　　　　Debtor(s) | |
| Josephine M. Kounas<br>　　　　　　　　　Co-Debtor | |
| Charles J. DeHart, III Esq.<br>　　　　　　　　　Trustee | |

## ORDER

Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on June 19, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code), 11 U.S.C. 11 U.S.C. Sections 362 and 1301, is modified to allow M&T BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 84 Silver Crown Drive Mechanicsburg, PA 17050.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated: October 05, 2018　　　　　By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)