IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| THOMAS N KOUNAS | : | |
| aka Thomas Nick Kounas | : | CASE NO. 1:17-bk-02473 |
| | : | |
| | : | |
| Debtor(s) | : | |
| | : | |

## MOTION TO DISMISS CHAPTER 13 PURSUANT TO 11 U.S.C. §1307(b)

COMES NOW the Debtor, by and through attorney Kara K. Gendron of Mott & Gendron Law and moves to dismiss the Chapter 13 proceeding.
1. The Debtor wishes to dismiss this bankruptcy case.
2. This case has not been converted to Chapter 13 from another Chapter.
3. Under 11 U.S.C.§1307(b) the Debtor is entitled to have this case dismissed at any time.
    WHEREFORE, Debtor respectfully requests that this Court dismiss this case and grant such other relief as this Court deems just.


/s/ THOMAS N KOUNAS
_____

THOMAS N KOUNAS

                                          Respectfully submitted,

                                          /s/ Kara K. Gendron

                                          _____

                                          Kara K. Gendron, Esquire
                                          Attorney ID 87577
                                          Mott & Gendron Law
                                          125 State Street
                                          Harrisburg, PA 17101
                                          karagendron@gmail.com
                                          (717) 232–6650 TEL
                                          (717) 232-0477 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| THOMAS N KOUNAS | : | |
| aka Thomas Nick Kounas | : | CASE NO. 1:17-bk-02473 |
| | : | |
| | : | |
| Debtor(s) | : | |

# ORDER DISMISSING CASE

    Upon consideration of the above-named Debtor having filed a Motion to Dismiss Case filed under Chapter 13 of the Bankruptcy Code, it is hereby
    ORDERED that the above captioned case is dismissed.