```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 17-02473-HWV
Thomas N Kounas                                                Chapter 13
          Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1          User: DGeorge              Page 1 of 2            Date Rcvd: Oct 09, 2018
                              Form ID: pdf010            Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
```
db              +Thomas N Kounas,    84 Silver Crown Drive,    Mechanicsburg, PA 17050-1635
4933380         +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
4967261          American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
4933381        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: BANK OF AMERICA,    BANKRUPTCY DEPARTMENT,    4161 PIEDMONT PARKWAY,
                   GREENSBORO, NC 27410)
4933382          BECKET & LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
4964454         +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4933385         +CHASE,   800 BROOKSEDGE BLVD,    WESTERVILLE, OH 43081-2822
4933386         +COML ACCEPT,    PO BOX 3268,    SHIREMANSTOWN, PA 17011-3268
4933388         +CUMBERLAND CTY TAX CLAIM BUREAU,    ONE COURTHOUSE SQUARE,    ROOM 106,    CARLISLE, PA 17013-3339
4979678          Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
4933389         +FORD MOTOR CREDIT CO,    NATIONAL BANKRUPTCY SVC CTR,    ONE AMERICAN ROAD,
                  DEARBORN, MI 48126-2701
4996386         +Ford Motor Credit Company LLC,    1335 S. Clearview Avenue,    Mesa AZ 85209-3376
4933391         +LAWRENCE G FRANK ESQUIRE,    LAW OFFICE OF LAWRENCE G FRANK,    100 ASPEN DRIVE,
                  DILLSBURG PA 17019-9621
4933392         +M&T BANK MORTGAGE,    LENDING SERVICES CORRESPONDENCE ADDRESS,    PO BOX 1288,
                  BUFFALO, NY 14240-1288
4933395         +SCARINGI & SCARINGI PC,    2000 LINGLESTOWN ROAD, STE 106,    HARRISBURG, PA 17110-9347
5075793         +Silver Spring Township,    8 Flowers Dr,    Mechanicsburg, PA 17050-2391
4933396          THE BUREAUS INC,    650 DUNDEE RD STE 370,    NORTHBROOK, IL 60062-2757
4933397         +TRIPLE CROWN CORPORATION,    5351 JAYCEE AVENUE,    HARRISBURG, PA 17112-2938
4933398         +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                  651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4933399         +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                  HARRISBURG, PA 17121-0751
4933400         +WILLIAM MITCHELL,    6090 PARKWAY E,    HARRISBURG, PA 17112-1221
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4933383          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 09 2018 19:45:30
                  CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4933384         +E-mail/Text: dehartstaff@pamd13trustee.com Oct 09 2018 19:31:49       CHARLES J DEHART, III, ESQ.,
                  8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4933387          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 09 2018 19:31:25       COMM OF PA DEPT OF REVENUE,
                  BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4950755          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 09 2018 19:46:20
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4933390          E-mail/Text: cio.bncmail@irs.gov Oct 09 2018 19:31:07       INTERNAL REVENUE SERVICE - CIO,
                  PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4972935          E-mail/Text: camanagement@mtb.com Oct 09 2018 19:31:12       M&T Bank,    P.O. Box 1288,
                  Buffalo, NY 14240-1288
4933393          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 09 2018 19:46:22
                  PORTFOLIO RECOVERY ASSOCIATES LLC,    BK NOTICES,    PO BOX 41067,    NORFOLK, VA 23541
4978931          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 09 2018 19:59:06
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4933794         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 09 2018 19:46:22
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4933394          E-mail/PDF: rmscedi@recoverycorp.com Oct 09 2018 19:45:33       RECOVERY MANAGEMENT SYSTEMS CORP,
                  25 SE 2ND AVENUE SUITE 1120,    MIAMI FL  33131-1605
4956575          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 09 2018 19:45:47       Verizon,
                  by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Thomas N Kounas DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Thomas N Kounas karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| THOMAS N KOUNAS | : | |
| aka Thomas Nick Kounas | : | CASE NO. 1:17-bk-02473 |
| | : | |
| | : | |
| Debtor(s) | : | |

## ORDER DISMISSING CASE

    Upon consideration of the above-named Debtor having filed a Motion to Dismiss Case filed under Chapter 13 of the Bankruptcy Code, it is hereby
    ORDERED that the above captioned case is dismissed.

Dated:  October 09, 2018

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (KB)